**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

_____

No. 96-10161
_____


STEPHEN WAYNE THOMPSON,

Petitioner-Appellant,

VERSUS

GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, INSTITUTIONAL DIVISION

Respondent-Appellant.

Appeal from the United States District Court
For the Northern District of Texas
(3:94-CV-1809-R)

September 30, 1997

Before WISDOM, JOLLY and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[1]

We have reviewed the record and briefs in this case and have considered arguments of counsel. We affirm essentially for the reasons adopted by the district court.

AFFIRMED.

---

[1] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.